**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Christopher Tood Danae | ) | **No. MC-07-0015-PHX-JAT** |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| J.P. Morgan Chase Bank N.A. (An Arizona Corporation) | ) ) ) | |
| Defendant. | ) ) | |

Pending before the Court is an Emergency Request for Extenstion (sic) of Time (Doc. # 1) filed by Christopher Todd Danae. Mr. Danae seeks an additional thirty (30) days to "draw-up proper suit" by his counsel who has recently been diagnosed with cancer. While the exact nature of the request is unclear, if Mr. Danae is seeking to extend the statute of limitations pertaining to a claim against J.P. Morgan Chase Bank, then he has failed to cite any authority that would allow this Court to extend the statute of limitations for an unknown claim. Accordingly, the Emergency Request for Extenstion (sic) of Time (Doc. # 1) will be denied.

Also pending before the Court is a Verified Emergency Request to Open Case Under Unusual Circumstances (Doc. # 2) filed by Mr. Danae. In this request, Mr. Danae states that he was denied due process of law and requests a temporary arrest of judgment until the issue can be presented to the Court. Again, the request contains no other information to assist the Court in determining what relief is requested and whether Mr. Danae is entitled to such relief.

1  While there is a reference to a judgment, there is no other information to assist the Court.
2  Accordingly, the Verified Emergency Request to Open Case Under Unusual Circumstances
3  (Doc. # 2) will be denied.
4      For the foregoing reasons,
5      **IT IS ORDERED** that the Emergency Request for Extenstion (sic) of Time (Doc. #
6  1) is DENIED;
7      **IT IS FURTHER ORDERED** that the Verified Emergency Request to Open Case
8  Under Unusual Circumstances (Doc. # 2) is DENIED.
9      DATED this 1st day of March, 2007.

James A. Teilborg
United States District Judge